# United States Bankruptcy Court
## District of Nevada

|  |  |
|---|---|
| To: | DAVID M. CROSBY, ESQ |
| From: | GLENNDA WENSZELL, Case Administrator |
| E–mail: | glennda_wenszell@nvb.uscourts.gov |
| Telephone: | (775) 326–2166 |

☐ Las Vegas    ☑ Reno

CM/ECF Customer Support Center [Toll Free]: (866) 232–1266

|  |  |
|---|---|
| Case Number: | 10–13047–bam |
| Document Number: | 20 |
| In Re: | JUAN CARRERA |
| Filed Date: | 06/18/2010 |
| Title of PDF: | Notice of Hearing |

## THE FOLLOWING CORRECTIONS HAVE BEEN MADE TO THE ENTRY/ENTRIES:

☐ Entered on incorrect case. Re–docketed on case number

☐ Order entry
　　☐ Text of the docket entry has been corrected
　　☐ Correct pdf attached

☐ Filing date corrected to

☑ Discrepancy in hearing information reflected on pdf and/or text.
　　☑ Amended Notice of Hearing should be filed.
　　☐ Docket text corrected
　　　　☐ Date is
　　　　☐ Time is
　　　　☐ Location is

## PLEASE REVIEW THE FOLLOWING DEFICIENCY

☐ Financial Management Course (Official Form 23):
　　☐ Official Form 23 was not filed. Please file by or your case could be closed
　　without a discharge and a fee incurred for reopening. If a joint petition is filed, each spouse must complete and file a separate Official Form 23. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.
　　☐ Signature is missing from Official Form 23. Please file an amended Official Form 23 by
　　or your case could be closed without a discharge and a fee incurred for reopening. The form can be accessed on the court's web site at http://www.nvb.uscourts.gov/LocalRules_Forms/Official_forms.htm.

☐ Other: